

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2022

No. 04-21-00500-CV

Ernesto O. **YANEZ**,
Appellant

v.

**THE OFFICE OF THE ATTORNEY GENERAL OF TEXAS**,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 21-01-26863-CV
Honorable Daniel J. Kindred, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that appellee, The Office of the Attorney General of Texas, recover its costs on appeal from appellant, Ernesto O. Yanez.

It is so **ORDERED** on February 2, 2022.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2022.

Michael A. Cruz, Clerk of Court